No. 92–1186. WATERS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. 

No. 92–1261. ANTOINE ET AL. *v.* CALIFORNIA COASTAL COMMISSION. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–1262. BURRELL *v.* BOARD OF TRUSTEES OF GEORGIA MILITARY COLLEGE ET AL. C. A. 11th Cir. Certiorari·denied.

No. 92–1266. LEIZERMAN *v.* TOLEDO BAR ASSN. Sup. Ct. Ohio. Certiorari denied. 

No. 92–1278. MORALES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS *v.* TEXAS CATAS-TROPHE PROPERTY INSURANCE ASSN. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 92–1279. BERGER *v.* BOARD OF REGENTS OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. 

No. 92–1310. BAGHDADY *v.* SADLER ET AL. C. A. 1st Cir. Certiorari denied. 

No. 92–1343. JOHNSON *v.* WHITE ET AL. (BANK OF AMERICA, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 92–1344. LOWERY *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied. ██

No. 92–1353. LEWIS *v.* SOUTH CAROLINA FREIGHT ET AL. Ct. App. La., 4th Cir. Certiorari denied. 

No. 92–1355. FUNDAMENTALIST CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. *v.* WILLIAMS ET AL. C. A. 10th Cir. Certiorari denied. 

No. 92–1369. ALBERICI ET UX. *v.* SAFEGUARD MUTUAL INSUR-ANCE CO. ET AL. Super. Ct. Pa. Certiorari denied.